# EXHIBIT 2

**Ackmann & Dickenson Inc**  
515 Washington Ave N, Suite 400  
Minneapolis, MN 55401 US  
(612)486-5100  
Kristin@ackmanndickenson.com  
http://www.ackmanndickenson.com

# Invoice  4426



**BILL TO**  
Mercury

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 01/31/2018 | $2,829.60 | 03/02/2018 |

**P.O. NUMBER**

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Time & Materials: January Status Call/Research | 5.50 | 135.00 | 742.50 |
| Mercury Training Site Time & Materials: January Updates (Jared and Jessica) | 15.46 | 135.00 | 2,087.10 |

| | |
|---|---|
| TOTAL DUE | **$2,829.60** |

THANK YOU.

EXHIBIT 2

**Ackmann & Dickenson Inc**
515 Washington Ave N, Suite 400
Minneapolis, MN 55401 US
(612)486-5100
Kristin@ackmanndickenson.com
http://www.ackmanndickenson.com

# Invoice 4461



**BILL TO**
Mercury

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 02/12/2018 | $877.50 | 03/14/2018 |

**P.O. NUMBER**

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Time & Materials: December<br>December Total: 29.00<br>December Invoices: 22.50<br>Remaining Amount to bill: 6.5 | 6.50 | 135.00 | 877.50 |

Continued work for: Work to create a new product category in the iOS app, status call/research, and deploying code

| | TOTAL DUE | $877.50 |
|---|---|---|

THANK YOU.

EXHIBIT 2

**Ackmann & Dickenson Inc**
515 Washington Ave N, Suite 400
Minneapolis, MN 55401 US
(612)486-5100
Kristin@ackmanndickenson.com
http://www.ackmanndickenson.com

# Invoice 4551



**BILL TO**
Mercury

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 02/28/2018 | $2,632.50 | 03/30/2018 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Time & Materials: February<br>Update image on the home screen with new engine & Development Support | 19.50 | 135.00 | 2,632.50 |

| | TOTAL DUE | **$2,632.50** |
|---|---|---|

THANK YOU.

EXHIBIT 2

**Ackmann & Dickenson Inc**
515 Washington Ave N, Suite 400
Minneapolis, MN 55401 US
(612)486-5100
Kristin@ackmanndickenson.com
http://www.ackmanndickenson.com

# Invoice 4589



**BILL TO**
Mercury

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 03/12/2018 | $33,334.00 | 05/11/2018 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual License Fee & Hosting for January & February 2018 | 1 | 33,334.00 | 33,334.00 |
| | | **TOTAL DUE** | **$33,334.00** |

THANK YOU.

EXHIBIT 2

**Ackmann & Dickenson Inc**
515 Washington Ave N, Suite 400
Minneapolis, MN 55401 US
(612)486-5100
Kristin@ackmanndickenson.com
http://www.ackmanndickenson.com

# Invoice 4599



**BILL TO**
Mercury

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 03/31/2018 | $16,667.00 | 03/31/2018 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Annual License Fee & Hosting for March 2018 Final Invoice | 1 | 16,667.00 | 16,667.00 |

**TOTAL DUE** $16,667.00

THANK YOU.

EXHIBIT 2